DANIEL RODRIGUEZ, ESQ., SBN 096625
M. SCOTT FONTES, ESQ., SBN 139567
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA  93301
Telephone:  (661) 323-1400
Facsimile:   (661) 323-0132

Attorneys for Plaintiffs, RAFAEL DURAN
and BLANCA DURAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL DURAN and BLANCA DURAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN, and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. CIV. F-04-6105 LJO<br><br>**STIPULATION:**<br><br>**(A)  TO AMEND SCHEDULING ORDER; AND**<br><br>**(B)  GRANTING LEAVE TO TAKE ADDITIONAL DEPOSITIONS.**<br><br>**[PROPOSED] ORDER THEREON.**<br><br>**Trial Date;** 01/31/06<br>**Judge:**      Lawrence J. O'Neill<br>                U.S. Magistrate Judge |

## **STIPULATION**

THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:

A.    The Scheduling Order shall be amended to provide as follows:

| | |
|---|---|
| Expert Disclosure: | September 2, 2005 |
| Supplemental Expert Disclosure: | October 7, 2005 |
| Nonexpert Discovery Cutoff: | August 5, 2005 |
| Expert Discovery Cutoff: | November 11, 2005 |
| Pretrial Motion Filing Deadline: | December 30, 2005 |
| Pretrial Motion Hearing Deadline: | January 27, 2006 |

Settling Conference: Date: January 26, 2006
Time: 10:00 a.m.
Dept.: 5 (DLB)

Pretrial Conference: Date: February 9, 2006
Time: 8:15 a.m.
Dept.: 6 (LJO)

Jury Trial: Date: March 27, 2006 (5 days)
Time: 9:00 a.m.
Dept.: 6 (LJO)

B.  Pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure, the parties further stipulate and agree that Plaintiffs may take the following depositions in addition to the ten depositions presumptively allowed under Rule 30(a)(2)(A):

1. David Contreras, RS, LVN.
2. Detective Hicks.
3. Detective Smith.
4. Deck Officer Bravo.
5. Deputy Byrd.
6. Deck Officer Adams.
7. Deck Officer Ramirez.
8. Deck Officer Garcia.
9. EMT Wooley.

      10.    Deputy Parker.

      11.    Deck Officer Crawford.

      12.    Deck Officer Messing.

      13.    Deck Officer Ashley.

      14.    Deck Officer Miller.

      15.    Deck Officer Bryant.

      16.    Commander Don Allen.

      17.    Sergeant Gonzales.

Dated: July  12 , 2005　　　　　　　　　　　　RODRIGUEZ & ASSOCIATES

By: /s/ Charles R. Chapman
    CHARLES R. CHAPMAN
    Attorneys for Plaintiffs

Dated: July  7 , 2005　　　　　　　　　　　　OFFICE OF THE COUNTY COUNSEL

By:  /s/ Charles R. Chapman, for
    MARK L. NATIONS
    Attorneys for Defendants

IT IS SO ORDERED.

**Dated:   July 13, 2005**　　　　　　　　　　　　　　_/s/ Lawrence J. O'Neill_

b9ed48　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE