**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
By Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone: (661) 868-3800

Attorney for Defendants, COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, and MACK WIMBISH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL DURAN AND BLANCA DURAN,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPARTMENT; MACK WIMBISH, AND DOES 1 TO 50 INCLUSIVE,<br><br>Defendants. | CASE NO. CIV-F-04-6105 LJO<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED, by and between Daniel Rodriguez, Esq., for Plaintiffs, Rafael Duran and Blanca Duran, and Mark L. Nations, Chief Deputy, for Defendants, County of Kern, Kern County Sheriff's Department and Sheriff Mack Wimbish, that the above-captioned action be and hereby is dismissed with prejudice, as to Defendants, County of Kern, Kern County Sheriff's Department and Sheriff Mack Wimbish pursuant to Federal Rules of Civil Procedure 41(a)(1)and (2).

Plaintiffs and Defendants, County of Kern, Kern County Sheriff's Department and Sheriff Mack Wimbish, have settled Plaintiffs' claim for the sum of $150,000.00.

Dated: August 8, 2005        RODRIGUEZ & ASSOCIATES

By ___/s/ Marshall Scott Fontes for___
    Daniel Rodriguez, Attorney for Plaintiffs
    Rafael and Blanca Duran

1 | Dated: August 9, 2005        B.C. BARMANN, SR., COUNTY COUNSEL

By  /s/ Mark L. Nations
Mark L. Nations, Chief Deputy-Litigation
Attorney for Defendants, County of Kern,
Kern County Sheriff's Department and
Mack Wimbish

**ORDER**

IT IS SO ORDERED.

**Dated:   August 15, 2005**                     **/s/ Lawrence J. O'Neill**
66h44d                                                    UNITED STATES MAGISTRATE JUDGE

2

Stipulation of Dismissal and Order Thereon